**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 31, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-09-00861-CV

———————

**SEAWOLF OILFIELD SERVICES, LTD., AND OLUREMILEKUN OLUTOYIN AMAO OKUNLOLA, Appellants**

**V.**

**ATLAS PETROLEUM EXPLORATION WORLDWIDE, LTD., Appellee**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2009-04336**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 22, 2009. On January 23, 2012, the parties filed an agreed motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.